IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GREGORY JACKSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. H-06-2920 |
| HARINDAR SINGH, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND DENYING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

This court has reviewed the Memorandum and Recommendation of the United States Magistrate Judge signed on June 20, 2008 and made a *de novo* determination of that portion of the Magistrate Judge's recommended disposition.  Rule 72(b), Fed. R. Civ. P.; 28 U.S.C. § 636(b)(1)(C); *United States v. Wilson*, 864 F.2d 1219 (5th Cir. 1989).  The court adopts the Memorandum and Recommendation as the court's Memorandum and Order. Accordingly, it is ordered that the defendants' motion for summary judgment is granted and the plaintif's cross-motion for partial summary judgment is denied.  Consistent with this ruling, final judgment dismissing this case is entered by separate order.

SIGNED on July 8, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge